# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SUMMIT REAL ESTATE GROUP, INC., )
                                )
    Plaintiff,                  ) Case No. 2:15-cv-00760-KJD-GWF
                                )
vs.                             ) **ORDER**
                                )
FEDERAL HOME LOAN MORTGAGE      )
CORPORATION, *et al.*,          )
                                )
    Defendant.                  )

      This matter is before the Court on Plaintiff's Emergency Motion to Continue Deadline to File Dispositive Motions (#14), filed on March 15, 2016.

      Pursuant to Fed.R.Civ.P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Plaintiff requests the Court grant a sixty (60) day extension of time to file dispositive motions as to Plaintiff only, due to Defendants' failure to respond to Plaintiff's written discovery[1] and failure to attend their depositions. The Court finds that Plaintiff has shown good cause to extend the dispositive motion deadline in this matter. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Continue Deadline to File Dispositive Motions (#14) is **granted**. The dispositive motion deadline —as to Plaintiff only— shall be extended to May 17, 2016.

      DATED this 16th day of March, 2016.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] Plaintiff requests relief on an emergency basis because the current deadline to file dispositive motions is March 18, 2016 and the discovery issues underlying the request will not be resolved until the hearing on Plaintiff's Motion to Compel Overdue Responses (#11), which is currently set for hearing on March 22, 2016.