Zachary T. Ball, Esq.
Nevada Bar No. 8364
**THE BALL LAW GROUP**
3455 Cliff Shadows Parkway
Suite 150
Las Vegas, Nevada 89129
Telephone: (702) 303-8600
Email: zball@balllawgroup.com
Attorney for *Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT REAL ESTATE GROUP, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; M&T BANK, MITCHELL LABORWIT, individually, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00760-KJD-GWF |

## STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, that the hearing on Plaintiff's Motion to Compel Overdue Responses currently set for Tuesday, March 22, 2016 at 9:00 am will be continued to a date after the Settlement Conference set for April 21, 2016 at 9:30 a.m.

DATED this 18th day of March, 2016.

/s/ Zachary T. Ball, Esq.

_____

Zachary T. Ball, Esq.
Nevada Bar No. 8364
The Ball Law Group
3455 Cliff Shadows Parkway
Suite 150
Las Vegas, Nevada  89129
Telephone: (702) 303-8600

Dated this 18th day of March, 2016.

/s/ Kevin Hahn, Esq.

_____

Kevin Hahn, Esq.
Nevada Bar No. 9821
Malcolm Cisneros
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
Telephone: (949) 252-9400

**IT IS SO ORDERED.**

DATED THIS ___21st___ day of March, 2016.

_____
**UNITED STATES MAGISTRATE JUDGE**