1  Zachary T. Ball, Esq.
   Nevada Bar No. 8364
2  **THE BALL LAW GROUP**
   3455 Cliff Shadows Parkway
3  Suite 150
   Las Vegas, Nevada 89129
4  Telephone: (702) 303-8600
   Email: zball@balllawgroup.com
5  Attorney for *Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT REAL ESTATE GROUP, INC., a Nevada Corporation, | Case No.: 2:15-cv-00760-KJD-GWF |
| Plaintiff, | |
| vs. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION; M&T BANK, MITCHELL LABORWIT, individually, and DOES 1-10, inclusive, | |
| Defendants. | |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, that Plaintiff, SUMMIT REAL ESTATE GROUP, INC., shall have through and including May 5, 2016 to file an Opposition to Defendants FEDERAL HOME LOAN MORTGAGE CORPORATION AND M&T BANK's Motion for Summary Judgment in the above-captioned matter.  This date is two weeks following the parties'

/ / /

/ / /

/ / /

/ / /

Settlement Conference presently set for April 21, 2016.

DATED this 5th day of April, 2016.                    Dated this 5th day of April, 2016.


/s/ Zachary T. Ball, Esq.                              /s/ Nathan Smith, Esq.
Zachary T. Ball, Esq.                                  Nathan Smith, Esq.
Nevada Bar No. 8364                                    Nevada Bar No. 12642
The Ball Law Group                                     Malcolm Cisneros
3455 Cliff Shadows Parkway                             2112 Business Center Drive, 2nd Floor
Suite 150                                              Irvine, California 92612
Las Vegas, Nevada  89129                               Telephone: (949) 252-9400
Telephone: (702) 303-8600                              Attorney for *Federal Home Loan Mortgage*
Attorney for *Plaintiff*                               *Corporation and M&T Bank*


**IT IS SO ORDERED.**

   DATED THIS <u>25th</u> day of April, 2016.

_____
KENT J. DAWSON, U.S. DISTRICT JUDGE