Zachary T. Ball, Esq.
Nevada Bar No. 8364
**THE BALL LAW GROUP**
3455 Cliff Shadows Parkway
Suite 150
Las Vegas, Nevada 89129
Telephone: (702) 303-8600
Email: zball@balllawgroup.com
Attorney for *Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT REAL ESTATE GROUP, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; M&T BANK, MITCHELL LABORWIT, individually, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00760-KJD-GWF |

**AMENDED STIPULATION AND [PROPOSED]
ORDER TO CONTINUE DEADLINES[1]
(Second Request)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, that the current deadlines in this action be extended to those dates specified below.  This Stipulation is made in good faith and not for the purposes of delaying these proceedings and in furtherance of the previously granted extensions to provide for the parties' settlement conference [See Document Nos. 16, 20 and 24).  No trial date is currently set in this action.  In addition, the parties are diligently working towards settlement.

IT IS FURTHER STIPULATED AND AGREED by and between the parties and their

---

[1] This pleading is amended to further comply with LR 6-1 and 6-2.

PAGE 1 OF 2

respective counsel of record, that the Plaintiff, SUMMIT REAL ESTATE GROUP, INC. ("Plaintiff") shall have through and including July 22, 2016 (an additional 15 days from July 7, 2016, the current pending date for the settlement conference set in the Court's Minute Order entered on April 21, 2016 as Document No. 25) to file a responsive pleading to Defendants, FEDERAL HOME LOAN MORTGAGE CORPORATION and M&T BANK ("Defendants") Motion for Summary Judgment. This stipulation is as to Plaintiff only as granted in the Court's Order entered on March 16, 2016 as Document No. 16.

IT IS FURTHER STIPULATED AND AGREED by and between the parties and their respective counsel of record, that Plaintiff shall have through and including July 22, 2016 (an additional 15 days from July 7, 2016, the current pending date for the settlement conference set in the Court's Minute Order entered on April 21, 2016 as Document No. 25) to file any dispositive motions.

IT IS FURTHER STIPULATED AND AGREED by and between the parties and their respective counsel of record, that the parties shall have through and including August 8, 2016 (an additional 30 days from the pending settlement conference) to file a Joint Pretrial Order.

DATED this 3rd day of May, 2016.            Dated this 3rd day of May, 2016.

/s/ Zachary T. Ball                         /s/ Nathan Smith
Zachary T. Ball, Esq.                       Nathan Smith, Esq.
Nevada Bar No. 8364                         Nevada Bar No. 12642
THE BALL LAW GROUP                          MALCOLM CISNEROS
3455 Cliff Shadows Parkway                  2112 Business Center Drive, 2nd Floor
Suite 150                                   Irvine, California 92612
Las Vegas, Nevada 89129                     Telephone: (949) 252-9400
Telephone: (702) 303-8600                   Attorney for *Federal Home Loan Mortgage*
Attorney for *Plaintiff*                    *Corporation and M&T Bank*

**IT IS SO ORDERED.**

DATED this __3rd__ day of May, 2016.

_____
**UNITED STATES MAGISTRATE JUDGE**