KEVIN HAHN, #9861
NATHAN F. SMITH, #12642
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, Nevada 89101
Phone: (800) 741-8806
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Federal Home Loan Mortgage Corporation; M&T Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT REAL ESTATE GROUP, INC.<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; FHLMC BANK, MITCHELL LABORWIT,<br><br>Defendants. | Case No. 2:15-cv-00760-KJD-GWF |

**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE AND UPCOMING DEADLINES**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel of record, that the Settlement Conference currently scheduled for July 7, 2016 be continued to August 10, 2016 at 9:00 a.m. No trial date is currently set in this case. Additionally, the parties are currently pursuing settlement and submit that a settlement conference on August 10, 2016 will be a greater aid to settlement efforts than a settlement conference on July 7, 2016. Finally, James Orlando, the representative who attended the settlement conference on April 21, 2016 on behalf of Federal Home Loan Mortgage Corporation and M&T Bank is not available to attend a settlement conference on July 7, 2016 because it has become necessary for him to appear and testify at a trial in Iowa on that date.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties and their

Stipulation and Order     1

respective counsel of record, that Plaintiff shall have through and including August 29, 2016 (an additional 19 days from the proposed continued settlement conference date of August 10, 2016) to file a responsive pleading to Federal Home Loans Corporation's and M&T Bank's Motion for Summary Judgment.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties and their respective counsel of record, that Plaintiff shall have through and including August 29, 2016 (an additional 19 days from the proposed continued settlement conference date of August 10, 2016) to file any dispositive motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties and their respective counsel of record, that Plaintiff shall have through and including September 12, 2016 (an additional 33 days from the proposed continued settlement conference date of August 10, 2016) to file a Joint Pretrial Order.

| | |
|---|---|
| Dated: July 6, 2016 | Dated: July 6, 2016 |
| */s/ Nathan F. Smith* | */s/ Zachary T. Ball* |
| Nathan F. Smith, #12642 | Zachary T. Ball, #8364 |
| Malcolm ♦ Cisneros, A Law Corporation | The Ball Law Group |
| 608 South 8th Street | 3455 Cliff Shadows Parkway, Suite 150 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89129 |
| Phone: (800) 741-8806 | Phone: (702) 303-8600 |
| *Attorney for Federal Home Loan Mortgage Corporation and M&T Bank* | *Attorney for Plaintiffs* |

**IT IS SO ORDERED.**

DATED this 8th day of July, 2016

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE