KEVIN HAHN, #9861
NATHAN F. SMITH, #12642
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, Nevada 89101
Phone: (800) 741-8806
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Federal Home Loan Mortgage Corporation; M&T Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SUMMIT REAL ESTATE GROUP, INC.

Plaintiff,

vs.

FEDERAL HOME LOAN MORTGAGE CORPORATION; FHLMC BANK, MITCHELL LABORWIT,

Defendants.

Case No. 2:15-cv-00760-KJD-GWF

**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING SETTLEMENT CONFERENCE AND UPCOMING DEADLINES**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel of record, that the Settlement Conference currently scheduled for August 10, 2016 be continued to September 15, 2016, or the next available date convenient for the parties and the Court. No trial date is currently set in this case. Additionally, the parties are currently pursuing settlement and submit that a settlement conference on September 15, 2016 will be a greater aid to settlement efforts than a settlement conference on August 10, 2016 because the parties are currently finalizing settlement offers.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties and their respective counsel of record, that Plaintiff shall have through and including October 4, 2016 (an additional 19 days from the proposed continued settlement conference date of September 15, 2016) to

file a responsive pleading to Federal Home Loans Corporation's and M&T Bank's Motion for Summary Judgment.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties and their respective counsel of record, that Plaintiff shall have through and including October 4, 2016 (an additional 19 days from the proposed continued settlement conference date of September 15, 2016) to file any dispositive motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties and their respective counsel of record, that Plaintiff shall have through and including October 18, 2016 (an additional 33 days from the proposed continued settlement conference date of September 15, 2016) to file a Joint Pretrial Order.

Dated: August 9, 2016

*/s/ Nathan F. Smith*
Nathan F. Smith, #12642
Malcolm ♦ Cisneros, A Law Corporation
608 South 8th Street
Las Vegas, Nevada 89101
Phone: (800) 741-8806

*Attorney for Federal Home Loan Mortgage Corporation and M&T Bank*

August 9, 2016

*/s/ Zachary T. Ball*
Zachary T. Ball, #8364
The Ball Law Group
3455 Cliff Shadows Parkway, Suite 150
Las Vegas, Nevada 89129
Phone: (702) 303-8600

*Attorney for Plaintiffs*

**IT IS SO ORDERED.**

The Court hereby orders that the settlement conference set for August 10, 2016 is continued to September 15, 2016 at 10:00 a.m. The confidential settlement conference statements shall be received in my chambers no later than September 8, 2016.

George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: 8/10/2016