# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| SUMMIT REAL ESTATE GROUP, INC., ) ) | |
| Plaintiff, ) ) | Case No. 2:15-cv-00760-KJD-GWF |
| vs. ) ) | **ORDER** |
| FEDERAL HOME LOAN MORTGAGE ) CORPORATION, *et al.*, ) ) | |
| Defendant. ) ) | |

This matter is before the Court on Plaintiff's Motion to Compel (ECF No. 11), filed on February 16, 2016.  The Court set this matter for hearing on March 22, 2016.  *See ECF No. 12.*  The Court granted the parties' stipulation to continue the hearing set for March 22, 2016 to a date after the settlement conference scheduled for April 21, 2016.  (ECF No. 20).  The Court conducted the settlement conference.  Although the parties did not reach a settlement agreement, a continuation of the settlement conference was set for July 7, 2016.  *See ECF No. 25.*  The Court granted the parties' third stipulation to continue the settlement conference to September 15, 2016.  (ECF No. 36).  Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (ECF No. 11) is **denied** without prejudice.  Plaintiff may renew its Motion to Compel following the settlement conference set for September 15, 2016.

DATED this 19th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge