# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT REAL ESTATE GROUP, INC., | |
| Plaintiff, | Case No. 2:15-cv-00760-KJD-GWF |
| vs. | **ORDER** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.*, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation to Continue Settlement Conference and Upcoming Deadlines and to Stay Case (ECF No. 38), filed on September 14, 2016.

The parties request that the settlement conference that was scheduled for September 15, 2016 be continued to March 15, 2017 and that the case be stayed for six months due to the pending Ninth Circuit mandate in *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*. On September 14, 2016, the settlement conference set for September 15, 2016 was vacated. *See* ECF No. 39. On September 15, 2016, the parties were instructed to file its request for a stay as a separate stipulation to stay the case pursuant to LR IC 2-2(b). *See* ECF No. 40. To date, the parties have not complied. The Court will rule upon the parties' stipulation staying the case once it is filed pursuant to the instructions contained in ECF No. 40. Accordingly,

**IT IS HEREBY ORDERED** that the settlement conference set for September 15, 2016 is rescheduled to commence at 9:00 a.m. **Wednesday, November 2, 2016**, in the chambers of the undersigned United States Magistrate Judge, Room 3099, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada. The confidential settlement conference statements shall be received in my chambers no later than October 26, 2016.

. . .

**IT IS FURTHER ORDERED** that the following scheduling order dates shall apply:

1. Last date to file dispositive motions: **October 4, 2016**
2. Last date for Plaintiff to file a responsive pleading to Federal Home Loans Corporation's and M & T bank's Motion for Summary Judgment: **October 4, 2016**
3. Last date to file joint pretrial order: **October 18, 2016.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 21st day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge