KEVIN HAHN, #9821
NATHAN F. SMITH, #12642
MALCOLM ♦ CISNEROS, A Law Corporation
608 South 8th Street
Las Vegas, Nevada 89101
Phone: (800) 741-8806
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Federal Home Loan Mortgage Corporation; M&T Bank*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT REAL ESTATE GROUP, INC. | Case No. 2:15-cv-00760-KJD-GWF |
| Plaintiff, | |
| vs. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION; FHLMC BANK, MITCHELL LABORWIT, | |
| Defendants. | |

## STIPULATION TO CONTINUE STAY

On March 28, 2017, the Court approved the parties' stipulation to continue the stay of this case for a further 30 days pending the filing of a petition for writ of certiorari with the United States Supreme Court concerning the Ninth Circuit's decision *Bourne Valley Court Trust v. Wells Fargo Bank, NA*, 832 F.3d 1154 (9th Cir. 2016). On April 3, 2017, a petition for a writ of certiorari was filed as United States Supreme Court case number 16-1208. The Supreme Court has not yet ruled on the petition.

The parties also note that the Nevada Supreme Court has stayed the issuance of remittitur in *Saticoy Bay LLC Series 350 Durango 104 v. Wells Fargo Home Mortg., a Div. of Wells Fargo Bank, N.A.*, 133 Nev. Adv. Op. 5 (2017) to June 21, 2017, pending the prospective filing of Wells Fargo Home Mortgage's petition for a writ of certiorari with the United States Supreme Court. Based upon the foregoing, the parties anticipate that the United States Supreme Court may grant certiorari and hear the cases jointly.

A district court has the inherent power to stay cases to control its docket and promote the efficient use of judicial resources. *Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936); *Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007). When determining whether to stay a case pending the resolution of another case, a district court must consider (1) the possible damage that may result from a stay, (2) any "hardship or inequity" that a party may suffer if required to go forward, (3) "and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law" that a stay will engender. *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005).

In this case, the parties submit that no damage will result from a continuance of the stay of this case for a further 90 days, pending the Supreme Court's ruling on the petition for a writ of certiorari in the *Bourne Valley* case and the prospective filing of a petition for writ of certiorari with the Supreme Court in the *Saticoy Bay* case. However, should the Supreme Court deny the petition for a writ of certiorari in the *Bourne Valley* case, the parties will promptly stipulate to end the stay in this case and proceed with filing any dispositive motions within 30 days of the Court's order terminating the stay of this case. Moreover, if the Court is not inclined to continue the stay of this case, the parties will promptly file a stipulation ending such stay upon denial of the instant stipulation.

Dated: April 27, 2017

/s/ Nathan F. Smith
Nathan F. Smith, #12642
Malcolm ♦ Cisneros, A Law Corporation
608 South 8th Street
Las Vegas, Nevada 89101
Phone: (800) 741-8806

*Attorney for Federal Home Loan Mortgage Corporation and M&T Bank*

Dated: April 27, 2017

/s/ Zachary T. Ball
Zachary T. Ball, #8364
The Ball Law Group
3455 Cliff Shadows Parkway, Suite 150
Las Vegas, Nevada 89129
Phone: (702) 303-8600

*Attorney for Plaintiffs*

**IT IS SO ORDERED.**

DATED this 1st day of May, 2017

_____
**UNITED STATES DISTRICT COURT JUDGE**

Stipulation and Order 2