Zachary T. Ball, Esq.
Nevada Bar No. 8364
**THE BALL LAW GROUP**
3455 Cliff Shadows Parkway
Suite 150
Las Vegas, Nevada 89129
Telephone: (702) 303-8600
Email: zball@balllawgroup.com
Attorney for *Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT REAL ESTATE GROUP, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; M&T BANK, MITCHELL LABORWIT, individually, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00760-KJD-GWF |

### STIPULATION TO DISOLVE STAY AND SET DEADLINE TO FILE DISPOSITIVE MOTIONS

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record that, after diligent efforts to resolve this matter, no resolution has been reached and that the parties now seek the following dates for which to file dispositive motions:

1. Last date to file dispositive motions: Monday, March 19, 2018; and

2. Last date to file joint pretrial order: Monday, April 2, 2018. In the event dispositive motions are file, the parties further stipulate that the date for filing the joint pretrial order be suspended until 30 days after a decision of the dispositive motions.

/ / /

/ / /

The purpose of the sixty-day deadline requested above is to assure that the parties fully exhaust all settlement discussions, which discussions remain ongoing.

DATED this 19th day of January, 2018.   Dated this 19th day of January, 2018.

/s/ Zachary T. Ball
Zachary T. Ball, Esq.
Nevada Bar No. 8364
THE BALL LAW GROUP
3455 Cliff Shadows Parkway
Suite 150
Las Vegas, Nevada 89129
Telephone: (702) 303-8600
Attorney for *Plaintiff*

/s/ Nathan Smith
Nathan Smith, Esq.
Nevada Bar No. 12642
MALCOLM CISNEROS
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
Telephone: (949) 252-9400
Attorney for *Federal Home Loan Mortgage Corporation and M&T Bank*

**IT IS SO ORDERED.**

DATED this 31st day of January, 2018.

_____
**UNITED STATES DISTRICT JUDGE**