| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Zachary T. Ball, Esq.<br>Nevada Bar No. 8364<br>**THE BALL LAW GROUP**<br>3455 Cliff Shadows Parkway<br>Suite 150<br>Las Vegas, Nevada 89129<br>Telephone: (702) 303-8600<br>Email: zball@balllawgroup.com<br>Attorney for *Plaintiff* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT REAL ESTATE GROUP, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; M&T BANK, MITCHELL LABORWIT, individually, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00760-KJD-GWF |

## STIPULATION AND [PROPOSED] ORDER
### (First Request)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## STIPULATION AND [PROPOSED] ORDER
(First Request)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, that Plaintiff, SUMMIT REAL ESTATE GROUP, INC. and Defendants, FEDERAL HOME LOAN MORTGAGE CORPORATION and M&T BANK, shall have through and including April 19, 2018 to file Oppositions to the parties' respective Motions for Summary Judgment in the above-captioned matter filed on March 19, 2018 [ECF 55 and 58]. The parties request this extension based on scheduling conflicts that necessitate additional time to file the above-referenced pleadings.

DATED this 9th day of April, 2018.                Dated this 9th day of April, 2018.

/s/ Zachary T. Ball, Esq.                         /s/ Nathan Smith, Esq.
_____                   _____
Zachary T. Ball, Esq.                             Nathan Smith, Esq.
Nevada Bar No. 8364                               Nevada Bar No. 12642
The Ball Law Group                                Malcolm Cisneros
3455 Cliff Shadows Parkway                        2112 Business Center Drive, 2nd Floor
Suite 150                                         Irvine, California 92612
Las Vegas, Nevada 89129                           Telephone: (949) 252-9400
Telephone: (702) 303-8600                         Attorney for *Federal Home Loan Mortgage*
Attorney for *Plaintiff*                          *Corporation and M&T Bank*

**IT IS SO ORDERED.**

    DATED THIS __10th__ day of April, 2018.

_____
**UNITED STATES DISTRICT JUDGE**